# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00044-CR

### Carlos Gomez a/k/a Carlos Ulloa, Appellant

### v.

### The State of Texas, Appellee

---

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-06-301119, THE HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Carlos Gomez a/k/a Carlos Ulloa has filed a notice of appeal from a decision of the Court of Criminal Appeals dismissing without written order appellant's subsequent application for writ of habeas corpus. *See Ex parte Gomez*, WR-78,041-06 (Tex. Crim. App. July 13, 2016). We do not have jurisdiction over this appeal. Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings, and we have no authority to review that court's decisions. *See* Tex. Code Crim. Proc. art. 11.07; *see also Kelley v. State*, No. 03-15-00577-CR, 2016 WL 612930, at *1 (Tex. App.—Austin, Feb. 12, 2016, no pet.) (mem. op., not designated for publication) (citing *Ex parte Wilson*, No. 06-12-00135-CR, 2012 WL 3861269, at *1 (Tex. App.—Texarkana Sept. 6, 2012, no pet.) (mem. op., not designated for publication)). Accordingly, we dismiss the appeal for want of jurisdiction.

 

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: February 7, 2020

Do Not Publish